UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-31782 |
|---|---|
|    WENDELL D EDWARDS | (Chapter 13) |
|    SANDRA EDWARDS | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077913**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 37 | GOOD SAMARITAN HOSPITAL<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 44.69 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/24/2011

Certificate of Service                08-31782

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

WENDELL D EDWARDS
SANDRA EDWARDS
6407 WAYWIND DRIVE
TROTWOOD, OH  45426

JEFFREY P ALBERT
4403 N MAIN ST
DAYTON, OH  45405

(41.1n)
EMERSON KECK
318 W FOURTH
DAYTON, OH  45402

(37.1)
GOOD SAMARITAN HOSPITAL
% CITY CREDITS COMPANY AGENT
3077 KETTERING BLVD SUITE 109
MORAINE, OH  45439

(39.1n)
GREGORY A STOUT
MAPOTHER & MAPOTHER PSC
801 WEST JEFFERSON STREET
LOUISVILLE, KY  40202

(35.1n)
HOUSEHOLD REALTY CORPORATION
961 WEIGEL DR
ELMHURST, IL  60126

(46.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(44.1n)
WORLD FINANCIAL NETWORK NATL
% WEINSTEIN AND RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE, WA  98121

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                sv